**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re: ) | |
|   HIEN HUU DO ) | Case No. 14-12898 |
|   CAMVAN THI HUYNH ) | |
|       Debtors ) | Chapter 7 |
| ) | |

## MOTION FOR REFUND

The Debtors, HIEN HUU DO & CAMVAN THI HUYNH, represent as follows:

1. On August 1, 2014 counsel for Debtors filed by mistake the same case twice under numbers 14-12898 and 14-12899. The filing fees were paid by credit card twice for filing duplicate bankruptcy petitions.

2. On August 1, 2014 counsel moved to dismiss the case # 14-12898 .

3. Pursuant to Bankruptcy Rule 1006-1(D)(1) counsel can claim a filing fee refund.

**WHEREFORE**, Debtors move this Honorable Court to enter an Order to Refund a Filing Fee in a case filed in error and for such other and further relief as this Honorable Court deems just and proper under the law.

    Respectfully submitted,

    By Counsel
    HIEN HUU DO
    CAMVAN THI HUYNH
    */s/ Tommy Andrews Jr.*
    Tommy Andrews, Jr., Esq. #28544
    **Tommy Andrews, Jr., P.C.**
    122 North Alfred Street
    Alexandria, Virginia 22314

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on 1st day of August, 2014, a copy of the foregoing Motion to Dismiss was served by first class mail, postage prepaid, hand delivered, and/or via ECF to all creditors and interested parties and to:

U.S. Trustee's Office
115 South Union Street, Suite 206
Alexandria, VA

    */s/ Tommy Andrews Jr.*
    Tommy Andrews, Jr.